# Fifth District Court of Appeal
## State of Florida

_____

Case No. 5D23-1960
LT Case No. 2013-CA-044885

_____

Jackie Hines.,

    Appellant,

v.

Brevard County Sheriff's
Office, et al,

    Appellees.

_____

On appeal from the Circuit Court for Brevard County.
Dale Curtis Jacobus, Judge.

Jackie Hines, Melbourne, pro se.

No Appearance for Appellees.

August 29, 2023

Per Curiam.

    Affirmed. *See* Fla. R. App. P. 9.315(a).

Makar, Harris, and MacIver, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*